IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMER T. ELHLAK § | |
| Plaintiff § | |
| § | |
| VS. § | Case No. 4:12cv502 |
| § | |
| WELLS FARGO BANK, N.A. § | |
| Defendant. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 17, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Wells Fargo's Motion for Summary Judgment (Dkt. 9) be GRANTED for Defendant in its entirety and that Plaintiff take nothing by any of his claims here.

The court has made a *de novo* review of the objections raised by Plaintiff and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Defendant Wells Fargo's Motion for Summary Judgment (Dkt. 9) is GRANTED for Defendant in its entirety and Plaintiff shall take nothing by any of his claims here.

**IT IS SO ORDERED.**

**SIGNED this the 28th day of August, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE